# Exhibit 1

Opportunity Explo... Revenue Calculator

< 业绩通知

2026年2月13日

**Your Amazon.com selling account**

amazon

Hello,

Your disbursements from your seller account have been placed on hold. We took this action in accordance with a temporary restraining order (TRO) issued by a federal court. Items that infringe another party's copyright, patent, trademark, design right, database right, or other intellectual property or other proprietary right are prohibited.

For more information on this policy, search for 'Prohibited Content' in Seller Central Help.

To resolve this dispute, we suggest that you contact the rights owner directly:

XYZ Corporation (Right's Owner) Anonymous
Sullivan & Carter (RO Counsel)
attorney@scip.law
(929) SCIP-LAW
(929) 724-7529
XYZ Corporation v. The Partnerships
26-cv-00011
USDC NDIL
https://www.sullivancarterlaw.com/26-cv-00011

If you resolve this matter with the rights owner, please advise them to contact us to withdraw their complaint.

We are not in a position to provide any further information regarding this action or address any messages directed to us in appeal. We may not respond to further emails about this issue.

Failure to comply with our policies may result in the removal of your Amazon.com selling privileges.

We appreciate your cooperation.
Sincerely,
Seller Performance Team
Amazon.com

SPC-USAmazon-1512930185588450

激活 Windows
转到"设置"以激活 Windows。

百度翻译_领先的AI... 文字文稿1 - WPS ... 120.25.3.131 - 远... Intellectual prope... 领星ERP - 跨境电... 微信 Amazon.com ite... 元宝 周一将有 2 mm 的降... 20:02 2026/2/