# Exhibit 2



亚马逊
Amazon
Manage Your Inven
BAOKZZOM Wall P
sellercentral.amazon.com/home
完成更新
Opportunity Explo...
Revenue Calculator
所有书
amazon seller central
ChuangTuTu | United States
Search
New Seller Central
EN
Help
Add Products
Manage All Inventory
Manage Orders
Business Reports
Campaign Manager
A+ Content Manager
Coupons
Manage Promotions
Payments
Product Opportunity Explorer
Shipments
FBA Inventory
Dashboard
Edit
Good afternoon, your account health is Healthy
Launch Tour
Learn More
Actions 3
Fix stranded inventory
1 over 15 days stranded
1 total stranded
Manage case log
1 open cases requiring attention
Shipment performance
0 outstanding shipment problems
5 total in last 120 days
Global Snapshot
Sales
$390.72
Today so far
1K
500
0
Apr 20
23
26
Open Orders
25
Total Count
FBM Unshipped 0
FBM Pending 0
FBA Pending 25
Buyer Messages
0
Cases requiring attention
Inventory Performance Index
589
Current
Featured Offer %
100%
2 days ago
Global Promotions Sales
No data available
Learn More
Seller Feedback
5.00
Past Year (39)
Ad Sales
$0.00
Today so far
Payments
$15,033.48
Total Balance
Ad Impressions
0
Today so far
Product Performance
Last 30 days
Active
Frequently interacted
Search
Product details
Listing status
Sales
Units sold
Page views
Inventory
Price
Actions
BAOKZZOM Thermostat Lock Bo...
ASIN B0F3HD95Y8
SKU EcobeeLockBox
Active
$1,943
119
--
0 FBA
$16.99
Improve listing quality
1 - 1 of 1
1
Go to Manage All Inventory
Communications
Seller Forums
See all
LAST POST, GIVING UP - I spend years/money/lawyers to get my tradmark...
Apr 11 769 9
How is Amazon refunding a buyer "claiming that they never received the item after a...
Mar 25 1.5K 21
DD+7 Complete and utter disaster
Apr 11 1.0K 57
Seller News
See all
Recommendations
激活 Windows
转到"设置"以激活 Windows。
领星ERP - ...
Bose和解...
Zhiyu Lian...
微信
搜索聊天...
图片和视频
搜狗号码通
E:\amazo...
E:\amazon
C:\Users\...
远程桌面...
Judge Or...
MonoClo...
61°F
12:37
2026/4/27