# Exhibit 3

sellercentral.amazon.com/business-reports/ref=xx_sitemetric_favb_xx#/report?id=102%3ADetailSalesTrafficByParentItem&chartCols=&columns=0%2F1%2F2%2F29%2F30%2F33%2F34%2F35%2F36&fromDate=2024-04-27&toDa...

Opportunity Explo... Revenue Calculator

amazon seller central | ChuangTuTu | United States | Search | New Seller Central | EN | Help

Add Products · Manage All Inventory · Manage Orders · Business Reports · Campaign Manager · A+ Content Manager · Coupons · Manage Promotions · Payments · Product Opportunity Explorer · Shipments · FBA Inventory · Dashboard · Edit

× CLOSE REPORTS MENU

**Dashboards**

Sales Dashboard

**Business Reports**

By Date

Sales and Traffic

Detail Page Sales and Traffic

Seller Performance

By ASIN

Detail Page Sales and Traffic

**Detail Page Sales and Traffic By Parent Item**

Detail Page Sales and Traffic By Child Item

Other

Sales and Orders by Month

# Business Reports | Detail Page Sales and Traffic By Parent Item Learn more

Date: Custom

Dashboard Views: Default

ASIN Search (optional): B0D67J2QQ1

Clear Search

Apply

04/27/2024 – 03/31/2026

Download (.csv) | Performance Alerts

| | (Parent) ASIN | Growth Opportunities | Title | Units Ordered | Units Ordered - B2B | Ordered Product Sales | Ordered Product Sales - B2B | Total Order Items | Total Order Items - B2B |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | B0D67J2QQ1 | No recommendations | Silicone Case Cover for New Bose Ultra Open Earbuds, Shockproof Protective Skin Case with 3-in-1 Cleaner Kit & Carabiner | 2,881 | 41 | $26,542.92 | $378.54 | 2,860 | 41 |

激活 Windows
转到"设置"以激活 Windows。

领星ERP - ... Bose和解... Zhiyu Lian... 微信 搜索聊天... 图片和视频 搜狗号码通 E:\amazo... E:\amazon C:\Users\... 远程桌面... Judge Or... MonoClo... Hu... 12:44 2026/4/27