# Exhibit 4


ORIGINAL
ACCESSORIES
Best Protection
NEW HERE


Enjoy The Best Quality
PERFECT FIT
HUMANIZED DESIGN
SHOCK PROOF
SCRATCH PROOF
NON - SLIP
HIGH QUALITY MATERIAL
WARNING
To avoid danger of suffocation,
keep this bag away from babies and children
X0047IQ1MD
Silicone Case Cover for Bose (Purple)
New
Made in China



