# Exhibit 5

# 80. ChuangTuTu

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: ChuangTuTu

**Merchant ID:** 'A2OVLK6J72H884

**Store URL**: https://www.amazon.com/sp?seller=A2OVLK6J72H884

**Product URLs:** https://www.amazon.com/dp/B0D233ZKXZ; https://www.amazon.com/dp/B0D233L6K6; https://www.amazon.com/dp/B0D2331V2T; https://www.amazon.com/dp/B0D232Q5TK; https://www.amazon.com/dp/B0D232JFCV; https://www.amazon.com/dp/B0CYX493H4; https://www.amazon.com/dp/B0CYX3BSSW; https://www.amazon.com/dp/B0CYX1HHNN

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 8

**Screenshots Captured on:** September 9, 2025; September 9, 2025; September 9, 2025; September 9, 2025; September 9, 2025; September 9, 2025; September 9, 2025; September 9, 2025

**Test Purchase Recipient:** Mykebetaf

## INTELLECTUAL PROPERTY INFRINGED:

**Trademarks:** BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514; BOSE (U.S. Reg. No. 5,423,514)

# Product & Listing Information






## Product & Listing Information






## Product & Listing Information






# Product & Listing Information






## Product & Listing Information






## Product & Listing Information






## Product & Listing Information






# Product & Listing Information






## Seller / Store Information

amazon.com/sp?seller=A2OVLK6J72H884

# ChuangTuTu

Visit the ChuangTuTu storefront

★★★★★ | **100% positive** in the last 12 months (33 ratings)

### Detailed Seller Information

**Business Name:** Chang Sha Shi Chuang Tu E-commerce Co., Ltd
**Business Address:**
湘江新区麓谷街道谷苑路266号
祺鑫星座公寓1栋1142
长沙市
湖南
410005
CN

amazon.com/sp?seller=A2OVLK6J72H884

# ChuangTuTu

Visit the ChuangTuTu storefront

★★★★★ | **100% positive** in the last 12 months (33 ratings)

### Detailed Seller Information

**Business Name:** Chang Sha Shi Chuang Tu E-commerce Co., Ltd
**Business Address:**
No. 266, Guyuan Road, Lugu Street, Xiangjiang New Area
Qixin Constellation Apartment, Building 1, Unit 1142
Changsha City
Hunan
410005
CN