**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BOSE CORPORATION,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:26-CV-00011

JUDGE MARY M. ROWLAND

MAGISTRATE JUDGE YOUNG B. KIM

**FINAL JUDGMENT ORDER**

This action, having been commenced by Bose Corporation ("Bose" or "Plaintiff") against the partnerships identified on Schedule A ("Defendants") who use at least the online marketplace accounts identified therein ("Defendant Internet Stores"), and Bose, having moved for entry of Default and Default Judgment against certain Defendants listed on the Schedule A attached hereto (collectively, the "Defaulting Defendants") [1];

This Court, having entered upon a showing by Bose a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Bose, having completed service of process on Defaulting Defendants; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since they directly target their business activities toward consumers in the United States,

---

[1] Plaintiff's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: Zippercase, Chuangtutu, and speakercovers1.

1

including Illinois. In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Defendant Internet Stores, through which Illinois residents purchase products using counterfeit versions of Plaintiff's trademarks ("Counterfeit Products"). *See* [13]. True copies of Plaintiff's trademark registrations were filed as Exhibit 1 to the Complaint, information from which is shown in the table below (hereinafter referred to as the "Bose Trademarks"). [2-1].

| BOSE TRADEMARKS | | | |
|---|---|---|---|
| MARK | REG. NO. | CLASS(ES) OF GOODS & SERVICES | REG. DATE |
| BOSE | 829,402 | IC 009: ACOUSTICAL TRANSDUCER SYSTEMS FOR REPRODUCING SOUND. | May 30, 1967 |
| BOSE | 991,271 | IC 007, 009, 011, 012, 015: LOUDSPEAKER SYSTEMS; ELECTRICAL POWER PROCESSORS-NAMELY, POWER AMPLIFIERS, [ INVERTERS, ] AND BATTERY CHARGERS. | Aug. 20, 1974 |
| BOSE | 3,863,254 | IC 009: Batteries; Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Headphones; Headsets for cellular or mobile phones; Microphones. | Oct. 19, 2010 |
| BOSE | 7,771,790 | IC 025: Sweatshirts; Tee-shirts. | Apr. 22, 2025 |
| BOSE | 5,423,514 | IC 009: Remote controls for audio or video products, namely, audio speakers, amplifiers, receivers, CD players, MP3 players, audio or video streaming devices, televisions, videocassette players, DVD players, or digital video recorders; Mounts and mounting brackets adapted for audio speakers; Stands adapted for audio speakers; Protective cases and covers for loudspeakers and headphones; Computer application software for mobile phones, tablets or other mobile devices, namely, software for controlling devices that enhance or amplify ambient sounds or mask noise; earphone accessories, namely, earphone cushions, earphone pads, and earphone extension cords; headphone accessories, namely, headphone cushions, headphone pads, and headphone extension cords. | Mar. 13, 2018 |
| A20 | 3,905,592 | IC 009: Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Earphone accessories, namely, earphone cushions, earphone pads, cord management systems, earphone cases, and earphone extension cords; Headphones; Microphones. | Jan. 11, 2011 |
| A30 | 7,374,455 | IC 009: Microphones; Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Earphone accessories, namely, earphone cushions, earphone pads, earphone cases, and earphone extension cords. | Apr. 30, 2024 |

2

| | | BOSE TRADEMARKS | |
|---|---|---|---|
| MARK | REG. NO. | CLASS(ES) OF GOODS & SERVICES | REG. DATE |
| L1 | 3,274,972 | IC 009: Loudspeaker systems. | Aug. 07, 2007 |
| LIFESTYLE | 1,622,251 | IC 009: loudspeaker systems. | Nov. 13, 1990 |
| QUIETCOMFORT | 2,539,951 | IC 009: audio and video headsets. | Feb. 19, 2002 |
| QC | 3,355,350 | IC 009: headphones and headphone-related accessories, namely, audio cables with built-in microphones and adapters to connect headphones to cell phones. | Dec. 18, 2007 |
| SOUNDLINK | 3,716,864 | IC 009: Loudspeaker systems; USB (universal serial bus) hardware. | Nov. 24, 2009 |
| *BOSE* | 829,402 | IC 009: ACOUSTICAL TRANSDUCER SYSTEMS FOR REPRODUCING SOUND. | May 30, 1967 |
| BOSE | 991,271 | IC 007, 009, 011, 012, 015: LOUDSPEAKER SYSTEMS; ELECTRICAL POWER PROCESSORS-NAMELY, POWER AMPLIFIERS, [ INVERTERS, ] AND BATTERY CHARGERS. | Aug. 20, 1974 |
| BOSE | 3,863,254 | IC 009: Batteries; Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Headphones; Headsets for cellular or mobile phones; Microphones. | Oct. 19, 2010 |
| *BOSE* | 7,771,790 | IC 025: Sweatshirts; Tee-shirts. | Apr. 22, 2025 |
| BOSE | 5,423,514 | IC 009: Remote controls for audio or video products, namely, audio speakers, amplifiers, receivers, CD players, MP3 players, audio or video streaming devices, televisions, videocassette players, DVD players, or digital video recorders; Mounts and mounting brackets adapted for audio speakers; Stands adapted for audio speakers; Protective cases and covers for loudspeakers and headphones; Computer application software for mobile phones, tablets or other mobile devices, namely, software for controlling devices that enhance or amplify ambient sounds or mask noise; earphone accessories, namely, earphone cushions, earphone pads, and earphone extension cords; headphone accessories, namely, headphone cushions, headphone pads, and headphone extension cords. | Mar. 13, 2018 |
| A20 | 3,905,592 | IC 009: Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Earphone accessories, namely, earphone cushions, earphone pads, cord management systems, earphone cases, and earphone extension cords; Headphones; Microphones. | Jan. 11, 2011 |
| A30 | 7,374,455 | IC 009: Microphones; Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Earphone accessories, namely, earphone cushions, earphone pads, earphone cases, and earphone extension cords. | Apr. 30, 2024 |
| L1 | 3,274,972 | IC 009: Loudspeaker systems. | Aug. 07, 2007 |

3

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*);

IT IS HEREBY ORDERED that Bose's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.      Defaulting Defendants, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Bose Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bose Product or not authorized by Bose to be sold in connection with the Bose Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Bose Product or any other product produced by Bose, that is not Bose's or not produced under the authorization, control or supervision of Bose and approved by Bose for sale using the Bose Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Bose, or are sponsored by, approved by, or otherwise connected with Bose;

    d.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Bose, nor authorized by Bose to be sold or offered for sale, and which

4

bear the Bose Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof; and,

    e.    further infringing the Bose Trademarks and damaging Bose's goodwill.

2.    Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to Alibaba, AliExpress, Amazon, eBay, and Temu (the "Online Marketplaces"), shall within five (5) business days of receipt of this Order:

    a.    Disable and cease any and all product listings through which Defaulting Defendants engage in the sale of Counterfeit Products;

    b.    Disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of Counterfeit Products; and

    c.    Take all steps necessary to prevent links to the product listings from displaying in search results, including, removing links from any search index.

3.    Pursuant to 15 U.S.C. § 1117(c)(2), Bose is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful trademark infringement.

4.    Any third party who is providing services for any of the Defaulting Defendants, including, without limitation, the Online Marketplaces, and payment processors, such as, PayPal, Payoneer, Stripe, and Alipay (collectively, the "Payment Processors"), shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants from transferring or disposing of any money.

5.    All monies in Defaulting Defendants' accounts are hereby released to Bose as partial payment of the above-identified damages and are ordered to be released to Bose within ten (10) business days of receipt of this Order.

6.     Until Bose has recovered full payment of monies owed to it by any Defaulting Defendant, Bose shall have the ongoing authority to serve this Order on the Online Marketplaces and Payment Processors for any Defaulting Defendant in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Online Marketplaces and Payment Processors shall within five (5) business days:

a.     Locate all accounts and funds connected to Defaulting Defendants;

b.     Restrain and enjoin such accounts from transferring or disposing of any money; and,

c.     Release all monies restrained in Defaulting Defendants' accounts to Bose, as partial payment of the above-identified damages.

7.     The bond posted by Plaintiff in the amount of $199,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff's counsel via U.S. Mail at Sullivan & Carter, LLP, 111 W. Jackson Blvd., Ste. 1700, Chicago, IL, 60604.

This is a Final Judgment.

E N T E R:

Dated: July 30, 2026

_Mary M Rowland_

MARY M. ROWLAND
United States District Judge

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| BOSE CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:26-CV-00011<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE YOUNG B. KIM |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | SRL AIR TRADE | be29192940426swuo.en.alibaba.com |
| 2 | Beijing Hongmingzhi Technology Co., Ltd. | bjhmz.en.alibaba.com |
| 3 | Jiangxi Buweilian Luggage Co., Ltd. | bwlevacase.en.alibaba.com |
| 4 | Wuhan Chengshuangyang Network Technology Co., Ltd. | chengshuangyang.en.alibaba.com |
| 5 | Guangdong Desheng Luggage Co., Ltd. | cnevabag.en.alibaba.com |
| 6 | Foshan Coruid Information Technology Co., Ltd. | coruid.en.alibaba.com |
| 7 | Dongguan Hongjun Packaging Products Co., Ltd. | dghongjun.en.alibaba.com |
| 8 | Dongguan Chengyi Handbag Co., Ltd. | dongguanchenyi.en.alibaba.com |
| 9 | Dongguan Esion Eva Case Co., Ltd. | esioneva.en.alibaba.com |
| 10 | Fenghua Hui Electronic Technology (dongguan) Co., Ltd. | fhhdz.en.alibaba.com |
| 11 | Guangzhou Feiyue Electric Appliance Co., Ltd. | firesaudio.en.alibaba.com |
| 12 | Dongguan Fumao Technology Co., Ltd. | fmcase.en.alibaba.com |
| 13 | Xiamen Fopor Bag And Case Co., Ltd. | fopor.en.alibaba.com |
| 14 | Dongguan Guicheng Bag Products Co., Ltd. | guicheng.en.alibaba.com |
| 15 | Guangzhou Meide Electronic Trading Co., Ltd. | gzmeide.en.alibaba.com |
| 16 | Guangzhou Feifan Electronics Co., Ltd. | gzruixiang.en.alibaba.com |
| 17 | Jiangmen Enpu Electronics Co., Ltd. | jmenpu.en.alibaba.com |
| 18 | Shenzhen Joyfun Technology Co., Limited | joyfuntoys.en.alibaba.com |
| 19 | Quanzhou Jiayuan Plastic Products Co., Ltd. | jyuancn.en.alibaba.com |
| 20 | Dongguan Kaier Luggage Products Co., Ltd. | kaierhm.en.alibaba.com |
| 21 | JUATECH STORE | ke29182897561xner.en.alibaba.com |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 22 | Foshan Moyang Office Consumables Co., Ltd. | moyangoffice.en.alibaba.com |
| 23 | Mybestsound Co., Limited | mybestsound88.en.alibaba.com |
| 24 | J&R BROTHERS CORP. | noveltylamp.en.alibaba.com |
| 25 | Guangzhou Qingrong Junmao Trading Co., Ltd. | qingrongjunmao.en.alibaba.com |
| 26 | Dongguan Risheng Bags Co., Ltd. | rishengcn.en.alibaba.com |
| 27 | Shenzhen Luohu District Hongcheng Digital Technology Firm | samsung88.en.alibaba.com |
| 28 | Shenzhen Siyou Packaging Co., Ltd. | siyoucase.en.alibaba.com |
| 29 | Yiwu Kaiyue Trading Co., Ltd. | sportoutdoor58.en.alibaba.com |
| 30 | Shantou Chaoyang Yueshiying Electronics Co., Ltd. | stysy.en.alibaba.com |
| 31 | Hongkong Tenhope Industrial Co., Limited | tenhopehk.en.alibaba.com |
| 32 | Quanzhou Tuobu Outdoor Co., Ltd. | tuobu2025.en.alibaba.com |
| 33 | Zhongshan World Team Electronics Co., Ltd. | wo-team.en.alibaba.com |
| 34 | Xiamen Xianggouqu Technology Co., Ltd. | xgqkj.en.alibaba.com |
| 35 | Dongguan Xingwang Tai Environmental Protection Packaging Products Co., Ltd. | xingwangtai.en.alibaba.com |
| 36 | Shenzhen Xinjianye Handbag Co., Ltd. | xjy.en.alibaba.com |
| 37 | Xiamen Batuhan Technology Co., Ltd. | xmbth.en.alibaba.com |
| 38 | Xiamen Qiongtong Trading Co., Ltd. | xmqtmy.en.alibaba.com |
| 39 | Xiamen Shengyuhan Trading Co., Ltd. | xmsyhtz.en.alibaba.com |
| 40 | Weihai Yihejia Technology Co., Ltd. | yihejia1987.en.alibaba.com |
| 41 | Shijiazhuang Zhihan Trading Co., Ltd. | zhihansm.en.alibaba.com |
| 42 | Latest Classic Games Store | aliexpress.com/store/1101993760 |
| 43 | SH Electronics Store Store | aliexpress.com/store/1103128692 |
| 44 | Jiu Jiu Men Clothing Store | aliexpress.com/store/1103262013 |
| 45 | Shop1103813071 Store | aliexpress.com/store/1103812061 |
| 46 | Handsome Man Wardrobe Store | aliexpress.com/store/1104490889 |
| 47 | Shop1104557464 Store | aliexpress.com/store/1104548496 |
| 48 | Shop1104557481 Store | aliexpress.com/store/1104558500 |
| 49 | Shop1104661014 Store | aliexpress.com/store/1104658020 |
| 50 | Shop1104694969 Store | aliexpress.com/store/1104698982 |
| 51 | Shop1104729258 Store | aliexpress.com/store/1104728269 |
| 52 | KAPU Cool Store | aliexpress.com/store/1104734305 |
| 53 | Shop1104759021 Store | aliexpress.com/store/1104750073 |
| 54 | Shop1104756512 Store | aliexpress.com/store/1104761519 |
| 55 | Shop1104785939 Store | aliexpress.com/store/1104777886 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 56 | Shop1104788895 Store | aliexpress.com/store/1104786915 |
| 57 | DK Lucky Grass 7 Store | aliexpress.com/store/1104826191 |
| 58 | Shop1104826390 Store | aliexpress.com/store/1104826391 |
| 59 | Shop1104841087 Store | aliexpress.com/store/1104839090 |
| 60 | Shop1104853178 Store | aliexpress.com/store/1104856155 |
| 61 | Shop1104867179 Store | aliexpress.com/store/1104864173 |
| 62 | Shop1104862002 Store | aliexpress.com/store/1104865001 |
| 63 | Shop1104881317 Store | aliexpress.com/store/1104881318 |
| 64 | YUANANGY-Electronic Store | aliexpress.com/store/1104886171 |
| 65 | LUCSJ Store | aliexpress.com/store/1104886202 |
| 66 | Shop1104910786 Store | aliexpress.com/store/1104910787 |
| 67 | Poplar1 Store | aliexpress.com/store/1104912301 |
| 68 | Shop1104927248 Store | aliexpress.com/store/1104934250 |
| 69 | Shop1105003554 Store | aliexpress.com/store/1105003555 |
| 70 | Shop1104997592 Store | aliexpress.com/store/1105004558 |
| 71 | Shop1105047852 Store | aliexpress.com/store/1105047853 |
| 72 | **DISMISSED** | **DISMISSED** |
| 73 | MiaoYueShangMao | amazon.com/sp?seller=A1GH5NHZ2QL7B8 |
| 74 | ZHIJIE | amazon.com/sp?seller=A1H7MOWHZD6BV5 |
| 75 | **DISMISSED** | **DISMISSED** |
| 76 | **DISMISSED** | **DISMISSED** |
| 77 | **DISMISSED** | **DISMISSED** |
| 78 | *EXCEPTION* | *EXCEPTION* |
| 79 | **DISMISSED** | **DISMISSED** |
| 80 | *EXCEPTION* | *EXCEPTION* |
| 81 | ZUJFPL-Professional | amazon.com/sp?seller=A3015VS232WDBC |
| 82 | **DISMISSED** | **DISMISSED** |
| 83 | **DISMISSED** | **DISMISSED** |
| 84 | **DISMISSED** | **DISMISSED** |
| 85 | EnjoyCC | amazon.com/sp?seller=A3DL7IIEB38EPQ |
| 86 | UOWGA Official | amazon.com/sp?seller=A3EWHMXJM4ZNS7 |
| 87 | **DISMISSED** | **DISMISSED** |
| 88 | **DISMISSED** | **DISMISSED** |
| 89 | Snow Group | amazon.com/sp?seller=A3VS75SLH3MWFU |
| 90 | **DISMISSED** | **DISMISSED** |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 91 | RAjvoSA | amazon.com/sp?seller=ACPQNUMQBS8ES |
| 92 | Dismissed | Dismissed |
| 93 | ZHANGHO | amazon.com/sp?seller=AQQY62R4P44M |
| 94 | Dismissed | Dismissed |
| 95 | adnu-17 | ebay.com/usr/adnu-17 |
| 96 | agcha9268 | ebay.com/usr/agcha9268 |
| 97 | audrey1_3 | ebay.com/usr/ameliasstore |
| 98 | vanessad36 | ebay.com/usr/amirashoptee |
| 99 | andro-g | ebay.com/usr/androg |
| 100 | axel231_0 | ebay.com/usr/axel231_0 |
| 101 | dasril9 | ebay.com/usr/bellvaniashop |
| 102 | berkah-barokah | ebay.com/usr/berkah-barokah |
| 103 | bgmtradellc | ebay.com/str/bgmtradellc |
| 104 | bojuetradin_0 | ebay.com/usr/bojuetradin0 |
| 105 | buygainbuy | ebay.com/usr/buygainbuy |
| 106 | caicai1997 | ebay.com/usr/caicai-1997 |
| 107 | juseun9730 | ebay.com/str/ckjianl |
| 108 | brooklyn2-5 | ebay.com/str/coolmensclothingcollection |
| 109 | 1seedlessgrape | ebay.com/str/dazzydstees |
| 110 | chmengyue | ebay.com/str/digital001shop |
| 111 | eddiee-27 | ebay.com/str/eddieteestore |
| 112 | clothingtheroom | ebay.com/str/clothingtheroom |
| 113 | adriel-424 | ebay.com/usr/adriel-424 |
| 114 | bobo.38 | ebay.com/str/fashionfrontierstore |
| 115 | dony340 | ebay.com/str/fashops |
| 116 | lubube13 | ebay.com/str/feristoree |
| 117 | Dismissed | Dismissed |
| 118 | cooldailytee | ebay.com/str/cooldailytee |
| 119 | aetherapparel | ebay.com/usr/gema002 |
| 120 | guangzhouqintanzha-0 | ebay.com/usr/guangzhouqintanzha-0 |
| 121 | guangzhouzhengxiaowan-0 | ebay.com/usr/guangzhouzhengxiaowan-0 |
| 122 | idgshfsg | ebay.com/usr/idgshfsg |
| 123 | du5dain | ebay.com/str/jimin |
| 124 | joelagar1003 | ebay.com/str/joelagar1003 |
| 125 | dinette-_1 | ebay.com/str/liukunlunzouqi |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 126 | manishop111 | ebay.com/usr/manishop111 |
| 127 | co254097 | ebay.com/str/minamas |
| 128 | omymall | ebay.com/usr/omymall |
| 129 | prim-6688 | ebay.com/str/primatees |
| 130 | ray-464099 | ebay.com/usr/ray-464099 |
| 131 | rocky2-1 | ebay.com/usr/rogersoptee |
| 132 | sada_811 | ebay.com/usr/sada_811 |
| 133 | Slimer Marine | ebay.com/usr/slimer-marine |
| 134 | soryatata | ebay.com/usr/soryatata |
| 135 | the-video-bin | ebay.com/str/thevideobin |
| 136 | tianle1 | ebay.com/usr/tianle1 |
| 137 | waaj23 | ebay.com/usr/waaj23 |
| 138 | yuridia_style | ebay.com/usr/yuridiastyle |
| 139 | zenedinstore | ebay.com/usr/zenedin.store |
| 140 | *EXCEPTION* | *EXCEPTION* |
| 141 | Awesome Selection - Well be deepened small | temu.com/tt--m-1277502945605.html |
| 142 | Yigean | temu.com/tt--m-2320732116443.html |
| 143 | There is a tree house | temu.com/tt--m-4762359601901.html |
| 144 | Global Supply | temu.com/tt--m-5968626379024.html |
| 145 | HOOBORL | temu.com/tt--m-634418210645911.html |
| 146 | Lifever World Servicer | temu.com/tt--m-634418211056795.html |
| 147 | Charmmm | temu.com/tt--m-634418211223309.html |
| 148 | SLICOVE | temu.com/tt--m-634418211284981.html |
| 149 | CWY | temu.com/tt--m-634418211317315.html |
| 150 | aimiduo | temu.com/tt--m-634418213384106.html |
| 151 | ONIKUMA Official Shop | temu.com/tt--m-634418214183404.html |
| 152 | Creative Oasise | temu.com/tt--m-634418214609751.html |
| 153 | White clouds all the way | temu.com/tt--m-634418214664495.html |
| 154 | Sinow Audio | temu.com/tt--m-634418215031758.html |
| 155 | **DISMISSED** | **DISMISSED** |
| 156 | **DISMISSED** | **DISMISSED** |
| 157 | **DISMISSED** | **DISMISSED** |
| 158 | **DISMISSED** | **DISMISSED** |
| 159 | **DISMISSED** | **DISMISSED** |
| 160 | **DISMISSED** | **DISMISSED** |

11

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 161 | DISMISSED | DISMISSED |
| 162 | yunchuangke | temu.com/tt--m-634418217383728.html |
| 163 | kooook shop | temu.com/tt--m-634418217385147.html |
| 164 | Yangmutrade | temu.com/tt--m-634418218124168.html |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | Hceng | temu.com/tt--m-634418218272310.html |
| 168 | IDO Design | temu.com/tt--m-634418218437068.html |
| 169 | DISMISSED | DISMISSED |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | DISMISSED | DISMISSED |
| 173 | KellyKell | temu.com/tt--m-634418219564329.html |
| 174 | DISMISSED | DISMISSED |
| 175 | Beiduo ltd | temu.com/tt--m-634418222645431.html |
| 176 | yanss | temu.com/tt--m-634418222664374.html |
| 177 | speed T | temu.com/tt--m-634418222730919.html |
| 178 | GEEK S | temu.com/tt--m-634418222837867.html |
| 179 | gkglklk | temu.com/tt--m-634418223031545.html |
| 180 | dkdkd | temu.com/tt--m-634418223032838.html |
| 181 | DISMISSED | DISMISSED |
| 182 | Wellvana | temu.com/tt--m-634418223245456.html |
| 183 | BaeBluetwo | temu.com/tt--m-634418223521828.html |
| 184 | DISMISSED | DISMISSED |
| 185 | muyuanbaihuotwo | temu.com/tt--m-634418223522456.html |
| 186 | T Shirts High Quality | temu.com/tt--m-634418223575271.html |
| 187 | DISMISSED | DISMISSED |
| 188 | HLKAICCC | temu.com/tt--m-634418223703986.html |
| 189 | DISMISSED | DISMISSED |
| 190 | DISMISSED | DISMISSED |
| 191 | GEEK FIFTEEN | temu.com/tt--m-634418223871291.html |
| 192 | BaeBluefour | temu.com/tt--m-634418223985559.html |
| 193 | FSHENGYY | temu.com/tt--m-634418224427738.html |
| 194 | GEEKTWENTY | temu.com/tt--m-634418224430196.html |
| 195 | JUNDAYYS | temu.com/tt--m-634418224431578.html |

| No. | Defendant / Seller Alias | Marketplace URL |
|-----|--------------------------|-----------------|
| 196 | ST FOUR | temu.com/tt--m-634418224482540.html |
| 197 | Electrovance | temu.com/tt--m-634418224994010.html |
| 198 | QAAXRBZH | temu.com/tt--m-634418225422057.html |
| 199 | hengshengsshop June | temu.com/tt--m-634418225955502.html |

13