**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bose Corporation, et al.
Plaintiff,
v.
ZHIJIE, et al.
Defendant.

Case No.: 1:26−cv−00011
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Defendant ChuangTuTu's motion [78] is granted in part. Enter Order. The Court will not dissolve the preliminary injunction against ChuangTuTu but modifies the asset restraint to $6,082. The Court will sever the claims against ChuangTuTu into a separate action. In doing so, Bose will be required to pay a new filing fee. The Court will transfer documents in this action to that new matter. Before issuing the severance order, however, the Court will wait to see if Bose and ChuangTuTu can resolve this matter. By 8/28/26, Bose and ChuangTuTu shall file a status report on whether this matter can be resolved prior to the Court requiring the Clerk to open a new case. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.