**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bose Corporation, et al.
Plaintiff,
v.
ZHIJIE, et al.
Defendant.

Case No.: 1:26−cv−00011
Honorable Mary M. Rowland

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the status report [117] regarding the claims against Chuangtutu. These claims are to be severed. The Clerk of Court is directed to open a new case: Bose Corporation v. Chuangtutu. Plaintiff is required to pay a filing fee for this matter to be established and to file a complaint limited to the allegations against this defendant. The new matter is to be assigned to Judge Rowland as a related case. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.