**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOSE CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:26-CV-00011<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE YOUNG B. KIM |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 30, 2026 [112], in favor of the Plaintiff, Bose Corporation ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit and infringing Bose Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| NO. | DEFENDANT |
|---|---|
| 74 | ZHIJIE |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 7, 2026

Respectfully submitted,

*/s/ Alison K. Carter*

Alison K. Carter
Ann Marie Sullivan

**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***